**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JAN -4  PM 4: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**DANIEL E. POWER, III,**

    **Plaintiff,**

vs.   CASE NO. 3:09-cv-594-J-20MCR

**HERBERT L. WILLIAMS,**

    **Defendant.**
_____/

## O R D E R

**THIS CAUSE** is before this Court on the parties' Stipulated Dismissal of Action (Doc. 42, filed January 3, 2011).

Accordingly, it is **ORDERED**:

1. The parties' Stipulated Dismissal of Action (Doc. 42, filed January 3, 2011) is **GRANTED**;

2. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**;

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of January, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David L. McGee, Esq.
Gregory R. Miller, Esq.
Andrew Joshua Steif, Esq.
Michael A. Abel, Esq.
Stephen P. Warren, Esq.